EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email:  gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: 04-00365 |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL AND |
| ) | BENCH WARRANT RECALL |
| vs. ) | |
| ) | |
| ANTHONY J. KIMBER, ) | |
| ) | |
| Defendant. ) | Citation No.: A1122455/H-10 |
| _____) | |

ORDER FOR DISMISSAL AND BENCH WARRANT RECALL

	Good cause appearing, the United States Attorney hereby requests the court to recall the bench warrant and dismiss the Information against ANTHONY J. KIMBER, issued September 28, 2004

on the grounds that the Defendant was punished by the Army for the above-cited offenses.

   DATED:  June 27, 2006, Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By /s/ Gabriel Colwell
           GABRIEL COLWELL
           Special Assistant U.S. Attorney

          Attorneys for Plaintiff
          UNITED STATES OF AMERICA


APPROVED AND SO ORDERED:



          _/s/ Leslie E. Kobayashi_
          Leslie E. Kobayashi
          United States Magistrate Judge



UNITED STATES VS. ANTHONY J. KIMBER
CR. NO.: 04-00365
ORDER FOR DISMISSAL AND RECALL OF BENCH WARRANT